### SALTUS agt. JOHNSON

Henry Saltus plaint. ag$^t$ Samuel Johnson formerly Ma$^r$ of the Ship two Sisters Defend$^t$ in an action of the case for not paying the Summe of five pound in money or thereabouts due for wages for Service done by the s$^d$ Saltus as Boatswain of the afores$^d$ Ship being Shipped by the s$^d$ Master at thirty Seven Shillings per month in money upon the. 7th of March last past: . . . The Jury . . . found for the plaint. five pound one Shilling six pence money & costs of Court allow$^d$ twenty Shillings & ten pence.

Execution issued 5° aug° 1678

### WALLEY agt. MEADER

John Walley plaint. ag$^t$ John Meader Defend$^t$ in an action of the case for the non payment of twenty pounds in money due by booke or thereabouts: . . . The Jury . . . found for the plaint. Seventeen pounds fifteen Shillings halfe penny money & costs of Court allowed twenty Shillings.

Execution issued

### THOMAS agt. COBHAM

George Thomas plaint. ag$^t$ Martha Cobham Defend$^t$ in an action of debt of Seven pounds fifteen Shillings & nine pence in money or thereabout due for a hogsh$^d$ of Sugar Sold and delivered her as shalbee made appeare with all other due damages &c. . . . The Jury . . . found for the plaint. Seven pounds fifteen Shillings nine pence money & costs of Court allow$^d$ twenty three Shillings six pence.

Execution issued aug° 9° 1678. [520]

### BYFEILD agt. PERSONS

Nathanael Byfeild plaint. ag$^t$ Phillip Persons of Marblehead Defend$^t$ in an action of debt of Fifty pound thirteen Shillings in money or thereabouts due by booke with all other due damages &c. . . . The Jury . . . found for the plaint. Fifty pounds thirteen Shillings Eight pence three farthings money & costs of Court